SYNDEL LABER, et al.,                )
                                     )
                                     )
           Plaintiffs,               )
                                     )
      v.                             )    CIVIL ACTION NO. 5:25-CV-535 (MTT)
                                     )
DOUGLAS HALL, et al.,                )
                                     )
                                     )
           Defendants.               )
                                     )

## <u>ORDER</u>

The Court has seen a marked increase in the use of artificial intelligence ("AI") by unrepresented parties, who may not understand fully their pleading obligations. To assist Plaintiff in meeting his pleading obligations, the Court **ORDERS** the following:

**In all pleadings, Plaintiff shall include a signed statement fully disclosing the use of AI to assist in the preparation of and drafting of the pleading. The statement shall also certify that Plaintiff has verified the accuracy of all facts and all legal authorities cited in the pleading. Failure to comply with this paragraph shall result in sanctions, including, if appropriate, dismissal of this lawsuit.**

**SO ORDERED**, this 22nd day of April, 2026.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT